IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GEOGRAPHIC LOCATION INNOVATIONS LLC, § § § | |
| Plaintiff, § | Case No: 3:21-cv-01399-M |
| § | |
| v. § | PATENT CASE |
| § | |
| RALLY HOUSE STORES, INC., § § | |
| Defendant. § § | |

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Geographic Location Innovations, LLC, and Defendant Rally House Stores, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

| | |
|---|---|
| Dated: August 5, 2021 | Respectfully submitted, |
| | */s/Jay Johnson* |
| | **JAY JOHNSON** |
| | State Bar No. 24067322 |
| | **KIZZIA JOHNSON PLLC** |
| | 1910 Pacific Avenue, Suite 13000 |
| | Dallas, Texas 75201 |
| | (214) 451 -0164 |
| | Fax: (214) 451-0165 |
| | jay@kjpllc.com |
| | |
| | **ATTORNEYS FOR PLAINTIFF** |
| | |
| | **FISH & RICHARDSON P.C.** |
| | |
| | By: */s/ Ricardo J. Bonilla* |
| | Neil J. McNabnay |
| | Texas Bar No. 24002583 |
| | mcnabnay@fr.com |
| | Ricardo J. Bonilla |
| | Texas Bar No. 24082704 |
| | rbonilla@fr.com |
| | Rodeen Talebi |
| | Texas Bar No. 24103958 |
| | talebi@fr.com |
| | Sarika N. Patel |
| | Texas Bar No. 24073520 |
| | patel@fr.com |
| | 1717 Main Street, Suite 5000 |
| | Dallas, Texas 75201 |
| | (214) 747-5070 – Telephone |
| | (214) 747-2091 – Facsimile |
| | |
| | **ATTORNEYS FOR DEFENDANT** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on August 5, 2021. Parties may access the foregoing through the Court's system.

*/s/Jay Johnson*
**JAY JOHNSON**

SO ORDERED this \_\_\_\_\_ day of _____, 2021.

_____
**UNITED STATES DISTRICT JUDGE**